# EXHIBIT B - Plaintiff's Complaint

 **CT Corporation**

**Service of Process Transmittal**
11/20/2020
CT Log Number 538629116

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:** **Process Served in Nevada**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ruby Garcia Sanchez, a Minor, by and through her parent and natural guardian Karla Garcia Gomez, Pltf. vs. Target Corporation, LLC, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # A20824961C |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/20/2020 at 13:05 |
| **JURISDICTION SERVED :** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/20/2020, Expected Purge Date: 11/25/2020<br><br>Image SOP<br><br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of 1 / EC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUMM**
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
BIANCA V. GONZALEZ
Nevada Bar No. 14529
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
tjwatson@ksjattorneys.com
bgonzalez@ksjattorneys.com
*Attorneys for Plaintiff,*
*Ruby Garcia*

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| RUBY GARCIA SANCHEZ, a Minor, by and through her parent and natural guardian KARLA GARCIA GOMEZ,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATON, LLC a foreign corporation,<br>DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: A-20-824961-C<br>Case No.:<br><br>Dept. No.:   Department 2<br><br>**SUMMONS - CIVIL** |

TO DEFENDANT:   TARGET CORPORATION, LLC
c/o Registered Agent
CT Corporation System
701 S. Carson St. Suite 200
Carson City, NV 89701

   **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

   TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you the relief set forth in the Complaint.

   1.   If you intend to defend this lawsuit, within 20 days after this Summons is served

on you, exclusive of the day of service, you must do the following:

        (a)    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

        (b)    Serve a copy of your response upon the attorney whose name and address is shown below.

2.    Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

DATED this 17th date of November, 2020.

STEVEN D. GRIERSON
CLERK OF THE COURT

By: /s/ Marie Kramer     11/17/2020
DEPUTY CLERK
Regional Justice Center
200 Lewis Ave.
Las Vegas, NV 89155
Marie Kramer

Submitted by:
KRAVITZ, SCHNITZER & JOHNSON, CHTD.

/s/ Bianca V.

TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
BIANCA V. GONZALEZ, ESQ.
Nevada Bar No. 14529
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Attorneys for Plaintiff, Ruby Garcia*

Electronically Filed
11/17/2020 3:51 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
BIANCA V. GONZALEZ
Nevada Bar No. 14529
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
tjwatson@ksjattorneys.com
bgonzalez@ksjattorneys.com
*Attorneys for Plaintiff,*
*Ruby Garcia*

CASE NO: A-20-824961-C
Department 2

### DISTRICT COURT

### CLARK COUNTY, NEVADA

RUBY GARCIA SANCHEZ, a Minor, by and through her parent and natural guardian KARLA GARCIA GOMEZ,

Plaintiff,

vs.

TARGET CORPORATON, LLC a foreign corporation,
DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No.:

Dept. No.:

**COMPLAINT**

**Arbitration Exempt**
**Claim Exceeds $50,000**

Plaintiff, RUBY GARCIA SANCHEZ, by and through her attorneys of record, KRAVITZ, SCHNITZER & JOHNSON, CHTD., states, asserts, and alleges against Defendant, TARGET CORPORATON, LLC as follows:

///

///

///

Page 1

## JURISDICTIONAL ALLEGATIONS

1. Plaintiff, RUBY GARCIA SANCHEZ, a Minor, by and through her parent and natural guardian KARLA GARCIA GOMEZ (hereinafter "Plaintiff") is and was, at all times relevant to the proceedings, a resident of Clark County, Nevada.

2. Defendant, TARGET CORPORATON, LLC (hereinafter "TARGET") is and was, at all times relevant to these proceedings, a Minnesota Corporation duly licensed to conduct business in the State of Nevada.

3. Defendants DOE 1 THROUGH 10 and ROE CORPORATIONS 1 THROUGH 20, are individuals, associations, corporations, partnerships or other entities which are employees, employers, agents, servants, masters, owners, controllers, partners, or in association with TARGET and/or have in some way caused or contributed to Plaintiff's damages as herein alleged. The true names or capacities, whether individual, corporate, associate or otherwise, are unknown to Plaintiff. Plaintiff alleges each Defendant designated herein as a DOE and/or ROE is responsible in some manner for the events and happenings referred to in this Complaint and negligently caused injury and damages to Plaintiff. Plaintiff will ask leave of Court to amend this Complaint to insert the true names and capacities of DOES 1 THROUGH 10 and ROE CORPORATIONS 1 THROUGH 20 to include those true names and charging allegations when they are ascertained.

## GENERAL ALLEGATIONS

4. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 3, above, and incorporates the same by reference as though fully set forth herein.

5. On or about March 7, 2020, Plaintiff was visiting Target with her grandmother and two uncles.

6. While on Target's premises, Plaintiff was placed in the seat of a shopping cart in order to shop around the store with her family.

7. While being pushed in the cart, Plaintiff's cart came in contact with a store sign.

8. The store sign, not being affixed or weighed down, became unstable and fell upon Plaintiff's face resulting in several lacerations.

### FIRST CAUSE OF ACTION
### PREMISES LIABILITY
*(Against all Defendants)*

9. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 8, above, and incorporates the same by reference as though fully set forth herein.

10. At all times relevant, Defendants owed a duty of reasonable care to its customers and their families, including Plaintiff, to keep a safe premises.

11. Defendants breached this duty of reasonable care by failing to properly maintain its premises and allowing the aforementioned injury to Plaintiff's face.

12. As a direct and proximate cause of Defendants' breach, Plaintiff has suffered permanent disfigurement, harm and injury to her physical, psychological and mental health, in excess of $15,000.00.

13. As a direct and proximate result of Defendants' conduct, it has been necessary to retain the services of an attorney to represent Plaintiff, and Plaintiff is therefore entitled to reasonable attorney fees to bring this suit.

### SECOND CAUSE OF ACTION
### NEGLIGENCE
*(Against all Defendants)*

14. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 130, above, and incorporates the same by reference as though fully set forth herein.

15. At all times relevant, Defendants owed a duty of reasonable care to its customers and their families, including Plaintiff, to ensure all signs, fixtures, and the like are stable, secure, and properly affixed to prevent them from falling upon its customers at the slightest disturbance.

16. Defendants breached this duty of reasonable care by failing to properly install, erect, or maintain its fixtures and allowing the aforementioned injury to Plaintiff's face.

17. As a direct and proximate cause of Defendants' breach, Plaintiff has suffered permanent disfigurement, harm and injury to her physical, psychological and mental health, in excess of $15,000.00.

18. As a direct and proximate result of Defendants' conduct, it has been necessary to retain the services of an attorney to represent Plaintiff, and Plaintiff is therefore entitled to reasonable attorney fees to bring this suit.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants, as follows:

1. General damages in excess of $15,000.00;
2. Special damages in excess of $15,000.00;
3. For reasonable attorneys' fees and costs of suit;
4. For prejudgment and post-judgment interest, and
5. For such other and further relief as this Court may deem just and proper under the circumstances.

DATED this 17th date of November, 2020

KRAVITZ, SCHNITZER
& JOHNSON, CHTD.

_____
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
BIANCA V. GONZALEZ
Nevada Bar No. 14529
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff, Ruby Garcia*

Page 4